UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.  8:22-cv-02573 |
| THINK COMPUTER CORPORATION | ) | |
| d/b/a PLAINSITE, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and Local Rule 103.5, Defendant Think Computer Corporation files this Notice of Removal and states as follows:

1.  Think Computer Corporation is a defendant in Case Number CAL22-21998 filed in the Circuit Court of Maryland for Prince George's County.

2.  This action began when plaintiff filed a civil action on June 15, 2022 in the District Court for Prince George's County, Maryland against "Think Computer Corp."  The civil action was assigned Case No. 050200123222022.

3.  Think Computer Corporation was never served with the District Court summons or complaint.

4.  On or about July 20, 2022, the civil action was transferred to the Circuit Court for Prince George's County and assigned Case No. CAL22-21998.

5. Think Computer Corporation was served with a summons and complaint in the civil action by delivery on September 6, 2022 by mail to its mail forwarding service, which in turn forwarded the summons and complaint to the company's owner, Aaron Greenspan.  A copy of the Circuit Court complaint is attached as Exhibit B.  The complaint alleged compensatory damages of $25,000 plus

general, special, and punitive damages, as well as costs and reasonable attorney fees.

6.  At the present time, at the commencement of the civil action in the District Court for Prince George's County, Maryland, and at the time of the filing of the circuit court complaint in the Circuit Court for Prince George's County, Maryland, plaintiff is and was an individual citizen of the State of Maryland.

7.  At the present time, at the commencement of the civil action in the District Court for Prince George's County, Maryland, and at the time of the filing of the Circuit Court complaint in the Circuit Court for Prince George's County, Maryland, Think Computer Corporation is and was a corporation that is incorporated in Delaware and has its principal place of business in California. Hence, Think Computer Corporation is a citizen of Delaware and California.

8. As set forth in the Circuit Court complaint, plaintiff seeks $100,000 or more in his claim against Defendant, in that he pleads claims for $25,000 in compensatory damages, plus general and special damages, plus punitive damages, plus attorney fees as well as other relief.  Consequently, the amount in controversy in the Circuit Court complaint exceeds the sum of $75,000, exclusive of interest and costs.

9. Accordingly, this Court had original jurisdiction over this action, as initially filed, pursuant to 28 U.S.C. § 1332, as there is complete diversity among all parties and the amount in controversy exceeds $75,000.00.  Thus, the action may be removed pursuant to 28 U.S.C. § 1441(b).

10.  On September 23, 2022, Aaron Greenspan, the owner of Think Computer Corporation, submitted a Notice of Removal of the action filed against Think Computer Corporation, which was docketed as Case No. 8:22-cv-02422; the Clerk docketed the removal as having been filed on behalf of Think Computer Corporation.  On September 28, 2022, Think Computer Corporation, represented

by undersigned counsel, filed an Amended Notice of Removal.

11.   Plaintiff Johnson purported to amend his complaint twice in Prince George's County Circuit Court after the September 23 removal was submitted, even though 28 U.S.C. § 1446 forbids any actions in state court following removal.   Think Computer Corporation has not received service of either purported amendment; there does not appear to have been a certificate of service filed with either amendment; and, given the passage of time between the filing and this date, on information and belief, the purported amendments have not been served.   Accordingly, they should not have been accepted for filing under Maryland Rule 1-323.   Think Computer Corporation obtained the documents by sending someone to review the docket in person.

a.   A "First Amended Complaint," apparently noted on the Circuit Court docket on September 26, 2022, seeks "in excess of $75,000, as and for compensatory and punitive damages" **plus** general and special damages, **plus** punitive damages, and an award of costs and reasonable attorney fees, as well as injunctive relief.   This Amended Complaint, if properly considered, states an amount in controversy in excess of $75,000.

b.   A "Second Amended Complaint," apparently noted on the Circuit Court docket on September 27, 2022, includes a separate count for injunctive relief and seeks "(a) compensatory, damages "in an  amount that does not exceed $70,000, as and for compensatory, punitive, general, special and statutory damages but in an amount to be determined at trial for the Defendant's wrongful acts; and in an amount to be determined at trial for the Defendant's reprehensible and outrageous conduct and to deter the Defendant's future reprehensible and outrageous conduct, plus (b) costs and reasonable attorney fees . . .."   Because the additional monetary relief must be added to the $70,000, and because the value of the injunctive relief must be added to the total amount in

controversy, this Second Amended Complaint, if properly considered, states an amount in controversy in excess of $75,000. In addition, because the $70,000 reference appears to have been added in an effort (which defendant argues was not successful) to manipulate forum selection, after Johnson learned of the removal, it should not affect removal jurisdiction.

12. On September 29, 2022, plaintiff Johnson filed in Case No. 8:22-cv-02422 a pre-motion letter seeking leave to strike the Amended Notice of Removal, relying on a non-precedential Fourth Circuit ruling. Johnson contends that no amendment is permissible because of defects in the original Notice of Removal.

13. Think Computer Corporation does not agree that its amendment to the original notice of removal in Case No. 8:22-cv-02422 was in any way inappropriate, and is prepared to argue the point at the scheduled Case Management Conference on October 20, 2022. However, in the interest of judicial economy, Think Computer Corporation is filing this separate Notice, and will reflect that No. 8:22-cv-02422 is a related case.

14. The following process, pleadings, documents and orders have been served upon Think Computer Corporation in the actions filed in the Circuit Court for Prince George's County, Maryland:

— Notice of Transfer to the Circuit Court for Prince George's County dated July 20, 2022 and mailed July 26, 2022, attached as Exhibit A;

— Plaintiff's Complaint and Summons filed in the Circuit Court for Prince George's County on August 15, 2022, attached as Exhibit B;

— Scheduling Order, attached as Exhibit C.

Think Computer Corporation obtained the following additional documents that Johnson submitted

to the Circuit Court, and apparently first noted on the electronic docket on October 4, 2022:

— First Amended Complaint, attached as Exhibit D.

— Second Amended Complaint, attached as Exhibit E.

Think Computer Corporation also submitted to the Circuit Court its notice that removal had been

noticed in this Court, attached as Exhibit F.  A printout of the Electronic Docket is attached as

Exhibit G.

If Johnson files other documents in the Circuit Court, they will be submitted within thirty days.

WHEREFORE, Think Computer Corporation removes this action from the Circuit Court for

Prince George's County to this United States District Court for the District of Maryland.

Respectfully submitted,


  /s/ Oliver L. Edwards
OLIVER L. EDWARDS (#17006)
Law Office of Oliver Edwards LLC
9919 Rogart Road
Silver Spring, Maryland 20901
Voice: 301-841-8050
Fax: 301-273-1020


  /s/ Paul Alan Levy
Paul Alan Levy (DC Bar 946400)
(D. Md. admission to be sought)

 Public Citizen Litigation Group
 1600 20th Street, NW
 Washington, D.C. 20009
 (202) 588-7725
 plevy@citizen.org

Attorneys for Defendant

October 6, 2022