# Exhibit F

## IN THE CIRCUIT COURT OF MARYLAND FOR
## PRINCE GEORGE'S COUNTY

Joe Johnson,

    Plaintiff,

v.

Think Computer Corporation,

    Defendant.

Case No.: CAL22-21998

**FILE COPY**

### NOTICE THAT ACTION HAS BEEN REMOVED
### (28 U.S.C. § 1446(d))

TO    Joe Johnson
        Post Office Box 441572
        Fort Washington, MD 20749

TAKE NOTICE that Think Computer Corporation, Defendant in this action, has filed a Notice of Removal of this action with the United States District Court for the District of Maryland.

Copies of the Notice of Removal and Amended Notice of Removal filed in the Office of the Clerk of the United States District Court for the District of Maryland, dated September 20, 2022 and September 28, 2022, are attached. Copies of said papers and this Notice have also been provided to the Clerk of the Circuit Court of Prince George's County, Maryland.

The removal of this action was authorized by 28 U.S.C. § 1446, and the filing of a copy of the Notice of Removal with the Clerk of the Circuit Court of Prince George's County, Maryland precludes that court from any further proceedings in the action unless and until the action is remanded from the United States District Court.

Dated: September 29, 2022

OLIVER EDWARDS
Law Office of Oliver Edwards LLC
9919 Rogart Road
Silver Spring, MD 20901
oliver@edwardslaw.pro
301-841-8050
Fax: 301-273-1020
Attorney for Defendant Think Computer
Corporation