# Exhibit G

Circuit Court of Maryland

[Go Back Now]

### Case Information

Court System: **Circuit Court for Prince George's County - Civil System**
Case Number: **CAL22-21998**
Case Description: **Johnson vs Think Computer Corporation**
Case Type: **Tort**
Filing Date: **07/20/2022**
Case Status: **Case Closed Statistically**

### Plaintiff/Petitioner Information

Party Type: **Plaintiff**   Party No.: **1**
Name: **Joe Johnson**
Address: **Post Office Box 441572**
City: **Fort Washington**   State: **MD**   Zip Code: **20749**

### Defendant/Respondent Information

Party Type: **Defendant**   Party No.: **2**
Name: **Think Computer Corporation**
Address: **Serve: Aaron J. Greenspan, R/A**
City: **Walnut**   State: **CA**   Zip Code: **91789**

### Court Scheduling Information

Event Type: **Trial Jury**
Event Date: **09/05/2023**   Start Time: **08:45:00**
Result:          Result Date:

Event Type: **Trial Carry Over**
Event Date: **09/06/2023**   Start Time: **09:00:00**
Result:          Result Date:

Event Type: **Try By Date**
Event Date: **11/12/2023**   Start Time: **09:00:00**
Result:          Result Date:

### Dockets

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Date:           07/20/2022
Document Name: **CaseType: DC Jury/Dmgs Other**

Date:           07/20/2022
Document Name: **Transmittal of Record, fd.**
Docket Text: **001 District Court Jury Demand District Court Case # 0502-0012322-22 , CC of Docket Entries, Original Papers, and Exhibits, Transferred from the District Court of Maryland age 072622 (tagged to assignment)**

Date:           07/26/2022
Document Name: **Not Issued Prst To Rl 2-326 Fd**
Docket Text:    **002 ag**

Date:           07/28/2022

| | |
|---|---|
| Document Name: | **Line, filed** |
| Docket Text: | **003 Line to Request a Summons for Defendant, Think Computer Corporation, fd/djg e08-02-2022 (Cal. Mgmt.)** |

| | |
|---|---|
| Date: | **08/02/2022** |
| Document Name: | **Summons Issued For Defendant** |
| Docket Text: | **004 Issued Summons for Think Computer Corporation, Defendant, fd/djg e08-02-2022 (Cal. Mgmt.)** |

| | |
|---|---|
| Date: | **08/15/2022** |
| Document Name: | **Complaint and Jury Demand** |
| Docket Text: | **005 Original Complaint and Jury Demand by Plaintiff, Joe Johnson, fd/djg e08-17-2022 (Cal. Mgmt.)** |

| | |
|---|---|
| Date: | **09/14/2022** |
| Document Name: | **Scheduling Order Filed** |
| Docket Text: | **006 Scheduled Event: ADR: Jury Selection: Trial: September 5, 2023 Trial Jury - 8:45am September 6, 2023 Trial Carry over - 9am Try By: November 12, 2023 fd/smb e.9/19/2022** |

| | |
|---|---|
| Date: | **09/26/2022** |
| Document Name: | **Amended Complaint, Fd.** |
| Docket Text: | **007 first amended complaint and Jury Demand fd.kss e10/4/22** |

| | |
|---|---|
| Date: | **09/26/2022** |
| Document Name: | **Notice of Removal, fd** |
| Docket Text: | **008 Notice of filing of Notice of removal to the United State District Court for the District of maryland fd.kss e10/4/22** |

| | |
|---|---|
| Date: | **09/27/2022** |
| Document Name: | **Amended Complaint, Fd.** |
| Docket Text: | **009 Second Amended complaint and Jury Demand fd.kss e10/4/22** |

| | |
|---|---|
| Date: | **09/30/2022** |
| Document Name: | **Notice of Removal, fd** |
| Docket Text: | **010 Notice that action has been removed fd.kss e10/4/22** |

| | |
|---|---|
| Date: | **10/04/2022** |
| Document Name: | **CaseDisp: Removed** |

| | |
|---|---|
| Date: | **10/04/2022** |
| Document Name: | **Civil Case Closure Form, Fd.** |
| Docket Text: | **011 fd.kss e10/4/22** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*