

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

October 7, 2022

Joe Johnson
P.O. Box 441572
Fort Washington, MD 20749

      RE:    Johnson v. Think Computer Corporation
                  8:22-cv-02573-TDC

Dear Counsel/Party:

The above-captioned case has been removed from Circuit Court for Prince George's County to this Court and assigned the above case number.

                                             Sincerely,
                                             /s/
                                             Catherine M. Stavlas, Clerk

      cc:    All counsel/parties

Removal Notification Letter (03/2014)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov