UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Joe Johnson,

    Plaintiff,

v.

Think Computer Corporation
    d/b/a PLAINSITE,

    Defendant.

Case No.: 8:22-cv-02573-TDC

Hon. Theodore D. Chuang

**CERTIFICATION PURSUANT TO STANDING ORDER 2021–13**

Pursuant to Standing Order 2021-13, counsel for defendant Think Computer Corporation d/b/a Plainsite certifies as follows:

1. Defendant is a Delaware corporation whose principal place of business is in California. It is wholly owned by Aaron Greenspan, a resident of California. Defendant is not a citizen of Maryland.

2. The summons and complaint were served on defendant by first-class mail on September 6, 2022. There are no other defendants.

October 11, 2022

    /s/
Oliver L. Edwards (#17006)
Law Office of Oliver Edwards LLC
9919 Rogart Road
Silver Spring, Maryland 20901
301-841-8050, Fax: 301-273-1020
oliver@edwardslaw.pro

Paul Alan Levy (DC Bar 946400)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Attorneys for Think Computer Corporation