UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Joe Johnson,<br><br>    Plaintiff,<br><br>v.<br><br>Think Computer Corporation<br>    d/b/a PLAINSITE,<br><br>    Defendant. | Case No.: 8:22-cv-02573-TDC<br><br>Hon. Theodore D. Chuang |

## CERTIFICATE OF COMPLIANCE WITH REQUIREMENT TO GIVE NOTICE OF REMOVAL (28 U.S.C. § 1446(d))

Think Computer Corporation's undersigned attorney certifies that, in compliance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal of this action was filed with the Clerk of the Circuit Court of Prince George's County, Maryland in case. no. CAL22-21998 on October 7, 2022.

The undersigned further certifies that written notice of the removal was also given to all parties in this action, along with a copy of the Notice of Removal filed in this court. Said written notice was given on October 6, 2022 to the plaintiff in this action by Priority Mail.

October 11, 2022

    /s/
Oliver L. Edwards (#17006)
Law Office of Oliver Edwards LLC
9919 Rogart Road
Silver Spring, Maryland 20901
301-841-8050, Fax: 301-273-1020
oliver@edwardslaw.pro

Paul Alan Levy (DC Bar 946400)
Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

Attorneys for Think Computer Corporation