UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Joe Johnson,

    Plaintiff,

v.

Think Computer Corporation
    d/b/a PLAINSITE,

    Defendant.

Case No.: 8:22-cv-02573-TDC

Hon. Theodore D. Chuang

## CERTIFICATE OF SERVICE

I hereby certify that the service required by Federal Rule of Civil Procedure 5(a) of the following papers as indicated below has been made upon Plaintiff Joe Johnson, a party not served electronically through CM/ECF:

| Paper | Date filed | How and when served |
| --- | --- | --- |
| ECF 1 NOTICE OF REMOVAL (Attachments: # (1) Ex. A Notice of Transfer, # (2) Ex. B Plaintiff's Complaint and Summons, # (3) Ex. C Scheduling Order, # (4) Ex. D First Amended Complaint, # (5) Ex. E Second Amended Complaint, # (6) Ex. F Notice that Action has been removed, # (7) Ex. G docket sheet from state court, # (8) Civil Cover Sheet) | Oct. 6, 2022 | Oct. 6, 20222 by USPS Priority Mail |
| ECF 2 Local Rule 103.3 Disclosure Statement by Think Computer Corporation | Oct. 6, 2022 | Oct. 6, 20222 by USPS Priority Mail |

Mail service addressed to:

    Joe Johnson
    P.O. Box 441572
    Fort Washington, MD 20749

October 11, 2022

           /s/
Oliver L. Edwards (#17006)
Law Office of Oliver Edwards LLC
9919 Rogart Road
Silver Spring, Maryland 20901
Voice: 301-841-8050 Fax: 301-273-1020
oliver@edwardslaw.pro

Attorney for Think Computer Corporation