
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy
Reply to Southern Division Address

May 31, 2023

Circuit Court for Prince George's County
14735 Main Street
Upper Marlboro, MD 20772

    RE:    Johnson v. Think Computer Corporation
            Civil Action No. 8:22-cv-02573-TDC
            CAL 22-21998

Dear Clerk:

    On May 31, 2023, the Honorable Theodore D. Chuang signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

    Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

    Thank you for your cooperation in this matter.

                                      Sincerely,

                                      Catherine M. Stavlas, Clerk

                      By:    /s/ D. Gomez
                                    Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS          DAY OF          2023.

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**